# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY J. BARNARD, ) | 1:08-CV-01885 GSA HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR MAILING OF DOCUMENTS |
| v. ) | |
| ) | [Doc. #10] |
| JAMES E. TILTON, Secretary, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 27, 2009, the undersigned issued an order dismissing the petition. Judgment was entered on the same date. On March 18, 2009, Petitioner filed the instant motion for mailing of documents to a "next friend." Petitioner asks that all future documents and correspondence be provided to another inmate at a different address. Petitioner's request will be denied as this case is now terminated thus rendering his request moot.

Accordingly, Petitioner's motion for mailing of documents is DENIED.

IT IS SO ORDERED.

Dated:  **March 24, 2009**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE